UNITED STATES of America, Appellant, v. Albert LeRoy BOLEY, Appellee.

No. 9188.

Circuit Court of Appeals, Ninth Circuit.

May 15, 1939.

J. Charles Dennis, U. S. Atty., F. A. Pellegrini, Asst. U. S. Atty., and Francis J. McGan, Atty., Department of Justice, all of Seattle, Wash.

Wettrick, Flood & O'Brien, of Seattle, Wash., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant and stipulation of parties for dismissal of the appeal herein, ordered motion granted, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

UNITED STATES v. HARRIS.

In re CHINOOK LUMBER & MFG. CO.

No. 8816.

Circuit Court of Appeals, Ninth Circuit.

April 20, 1939.

For original opinion, see 100 F.2d 268.

Harry T. Davenport, of Spokane, Wash., for petitioner.

Charles E. Collett, Acting Asst. Atty. Gen., Sam M. Driver, U. S. Atty., of Spokane, Wash., and Thomas Harris, William D. Donnelly, and Robert H. Fabian, all of Washington, D. C.

Before HANEY, HEALY, and STEPHENS, Circuit Judges.

PER CURIAM.

In the opinion in this case it was held that the United States is entitled to have its claim allowed as a prior claim under § 3466 of the Revised Statutes, 31 U.S.C.A. § 191. Appellee has petitioned for rehearing on this point in view of the later decision of the Supreme Court in United States v. Algoma Lumber Company, 59 S.Ct. 267, 83 L.Ed. ——.

The petition for rehearing is denied on the authority of Bramwell v. U. S. Fidelity & Guaranty Company, 9 Cir., 299 F. 705, affirmed in 269 U.S. 483, 46 S.Ct. 176, 70 L.Ed. 368.

Rehearing denied.

UNITED STATES of America v. M. P. WILLIAMS.

No. 1875.

Circuit Court of Appeals, Tenth Circuit.

May 15, 1939.

Cleon A. Summers, U. S. Atty., and Charles N. Champion, Asst. U. S. Atty., both of Muskogee, Okl.

Cook & Cook and Gilbert W. Daney, all of Atoka, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.